# WHITE & M<sup>c</sup>SPEDON, P.C.
### ATTORNEYS AT LAW

875 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10001
TEL: (212) 564-6633
FAX: (212) 564-9799

KINDLY RESPOND TO
N.Y. OFFICE ☒

4 AUER COURT
EAST BRUNSWICK, N.J. 08816
(732) 238-5300

KINDLY RESPOND TO
N.J. OFFICE ☐

October 4, 2005

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

**Re:** Muzio v. The Incorporated Village of Bayville, et al
**Docket No.:** CV 99 8605 (DRH) (ETB) (SJF)
**Our File No.:** 1252

Dear Judge Feuerstein:

    This office represents the defendants, The Incorporated Village of Bayville, James A. Goolsby, Victoria Siegel and Florence Genovese, in the above action. On March 25, 2005, we appeared for a Compliance Conference on the above referenced matter, which was adjourned. Since that date, there has not been another conference scheduled. We are respectively requesting a conference.

    I appreciate the Court's consideration of the foregoing and await your advice.

Very truly yours,

Melanie A. Slaughter
mslaughter@whitemcspedon.com

MAS:md
cc:
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, New York 11507

John and Theresa Muzio
P.O. Box 93
East Norwick, NY 11732

*[Handwritten order:]* Order — All parties are directed to appear for a conference before this court on October 26, 2005 at 2:30PM.

*[Stamp:]* COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT. 10/12/2005