# WHITE & M<sup>C</sup>SPEDON, P.C.
### ATTORNEYS AT LAW

875 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10001
TEL: (212) 564-6633
FAX: (212) 564-9799

KINDLY RESPOND TO
N.Y. OFFICE ☒

4 AUER COURT
EAST BRUNSWICK, N.J. 08816
(732) 238-5300

KINDLY RESPOND TO
N.J. OFFICE ☐

January 17, 2006

**Via Hand Delivery**
Mr. John Muzio
P.O. Box 93
East Norwick, NY 11732

Re:          **Muzio v. The Incorporated Village of Bayville, et al**
Docket No.:  CV 99 8605 (SJF)
Our File No.: 1252

Dear Mr. Muzio:

      This office represents the defendants, The Incorporated Village of Bayville, James A. Goolsby, Victoria Siegel and Florence Genovese, in the above action. Enclosed please find a copy of defendants' Motion for Reconsideration.

      Please forward any Opposition Papers to White & McSpedon, P.C., located at 875 Avenue of the Americas, Suite 800, New York, New York 10001 pursuant to the Honorable Judge Sandra J. Feuerstein's Individual Court Rules.

Very truly yours,

Melanie A. Slaughter
mslaughter@whitemcspedon.com

MAS:md
Enc.
cc:
Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722
Attention: Mr. Brian Ketchum, Case Manager

