TITLE: MUZIO -VS- INC. VILLAGE OF BAYVILLE

PLTFFS ATTY: **ARTHUR GRASECK**
_X_ present          ___ not present

___ present          ___ not present

___ present          ___ not present

DEFTS ATTY: **RENAUD BLEECKER**
_X_ present          ___ not present

**MELANIE SLAUGHTER**
_X_ present          ___ not present

___ present          ___ not present

COURT REPORTER: OWEN WICKER          COURTROOM DEPUTY: Brian Ketcham

OTHER: _____

_X_ CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO _____.

___ DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** CASE SETTLED; TERMS OF SETTLEMENT PLACED ON THE RECORD. THE CLERK OF COURT SHALL MARK THIS CASE CLOSED WITH LEAVE TO RE-OPEN ON TEN (10) DAYS NOTICE BY EITHER PARTY SHOULD SETTLEMENT NOT BE CONSUMMATED.