# United States District Court

Eastern DISTRICT OF New York

Muzio, et. al.

v.

Bayville, et al.

**APPEARANCE**

CASE NUMBER: 99-8605 (SJF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiffs John and Theresa Muzio

| | |
|---|---|
| 1- -06 | *Arthur V. Graseck Jr* |
| Date | Signature |
| | Arthur V. Graseck, Jr. |
| | Print Name |
| | 1870 Spur Dr South |
| | Address |
| | Dix Terrace, N.Y. 11752-1513 |
| | City  State  Zip Code |
| | 2776543 |
| | Phone Number |

Court's Exhibit #1
CR-99-8605
1-18-06