# WHITE & MᶜSPEDON, P.C.

ATTORNEYS AT LAW

875 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10001
TEL: (212) 564-6633
FAX: (212) 564-9799

KINDLY RESPOND TO
N.Y. OFFICE ☒

4 AUER COURT
EAST BRUNSWICK, N.J. 08816
(732) 238-5300

KINDLY RESPOND TO
N.J. OFFICE ☐

April 13, 2006

*[handwritten:] Order

The parties are directed to appear before this court on May 24, 2006 at 11:00am for a conference.

USDJ 5/4/06.*

**Via Facsimile & Regular Mail
(631) 712-5715**
Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:            **Muzio v. The Incorporated Village of Bayville, et al**
Docket No.:    **CV 99 8605 (SJF)**
Our File No.:  **1252**

*[stamp:] COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.*

Dear Judge Feuerstein:

This office represents the defendants, The Incorporated Village of Bayville, James A. Goolsby, Victoria Siegel and Florence Genovese, in the above action.

On January 18, 2006, this matter was settled on the record before your Honor. Despite forwarding two different General Releases, which were the Bloomberg General Release Forms, Mr. Muzio has not yet signed the General Release. We have corresponded with Mr. Muzio's counsel, Mr. Graseck, Esq. regarding the extended delay, who has advised us that Mr. Muzio will not sign the General Release because he is concerned that it precludes him from bringing future actions against the Village of Bayville. We have not received a draft of an acceptable General Release from Mr. Graseck, Esq. either.

As such, we are requesting another Conference at which Mr. Muzio must be present to sign a General Release, which will allow the Village of Bayville to issue the $5,000 settlement check and close their respective file. Additionally, Defendants would also like to request costs and sanctions as a result of this unnecessary court appearance.

I appreciate the Court's consideration of the foregoing and await your advice.

Very truly yours,

Melanie A. Slaughter
mslaughter@whitemcspedon.com

MAS:md
cc:
**Via Facsimile & Regular Mail**
**631-277-2227**
Arthur V. Graseck, Jr.
1870 Spur Drive S.
Islip Terrace, New York 11742