UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN V. MUZIO and THERESA MUZIO,    CV 99-8605 (SJF)

                    Plaintiffs,    **STIPULATION OF DISCONTINUANCE**

   -against-

THE INCORPORATED VILLAGE OF BAYVILLE,
JAMES A. GOOLSBY, VICTORIA SIEGEL,
FLORENCE GENOVESE and
PINE LANE ASSOCIATION, INC.,

                    Defendants.
------------------------------------------------------------------x

**C O U N S E L O R S :**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 26, 2006

RENAUD BLEECKER (8060)                ARTHUR V. GRASECK, JR., ESQ. 095286285
WHITE & McSPEDON, P.C.                1870 SPUR DRIVE SO.
875 Avenue of the Americas, Suite 800 ISLIP TERRACE NY 11742
New York, NY 10001                    (631)277-6543
*Attorneys for Defendants,*           *Attorneys for Plaintiff,*
*The Incorporated Village Of Bayville,* *John Muzio*
*James A. Goolsby, Victoria Siegel*
*And Florence Genovese*

1252/md