**CIVIL CAUSE FOR STATUS CONFERENCE**
BEFORE JUDGE FEUERSTEIN  Date: JUNE 16, 2006  TIME: 10:30 am
CV- 99 - 8605

TITLE:          MUZIO      -vs-   INC. VILL. OF BAYVILLE

PLTFFS ATTY:    **ARTHUR GRASEK**
                __X__ present          _____ not present

                _____ present          _____ not present

                _____ present          _____ not present

DEFTS ATTY:     **MELANIE SLAUGHTER**
                __X__ present          _____ not present

                _____ present          _____ not present

                _____ present          _____ not present

COURT REPORTER: N/A                COURTROOM DEPUTY: Brian Ketcham

OTHER: _____

__X__ CASE CALLED.

_____ ARGUMENT HEARD / CONT'D TO _____.

_____ DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** GENERAL RELEASE SIGNED BY PLAINTIFF.